

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00011-CV

Amanda **WOOD** and C.E.W., Jr.,
Appellants

v.

Kenneth **VERNON**, Texas Department of Family and Protective Services, Katrina Fuller,
Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10235
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the appellants.

SIGNED March 24, 2021.

_____
Rebeca C. Martinez, Chief Justice